Laura E. Krank
Attorney at Law: 220208
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562) 437-7006
Fax: (562) 432-2935
E-mail: rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
Laurel C Longoria

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREL C. LONGORIA,<br><br>              Plaintiff,<br><br>     vs.<br><br>NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security,<br><br>              Defendant. | Case No.: 1:18-cv-00409-SKO (SS)<br><br>STIPULATION AND ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920<br><br>(Doc. 19) |

TO THE HONORABLE SHEILA K. OBERTO, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, subject to the approval of the Court, that Laurel C Longoria be awarded attorney fees in the amount of Five Thousand dollars ($5,000.00) and expenses in the amount of zero dollars ($0.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of zero dollars ($0.00) under 28 U.S.C. § 1920. This amount represents compensation for all legal

-1-

services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Laurel C Longoria, the government will consider the matter of Laurel C Longoria's assignment of EAJA fees to Laura E. Krank. The retainer agreement containing the assignment is attached as exhibit 1. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Laurel C Longoria, but if the Department of the Treasury determines that Laurel C Longoria does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Rohlfing & Kalagian, LLP, pursuant to the assignment executed by Laurel C Longoria.[1] Any payments made shall be delivered to Laura E. Krank.

This stipulation constitutes a compromise settlement of Laurel C Longoria's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Laurel C Longoria and/or Laura E. Krank including Law Offices of Rohlfing & Kalagian, LLP may have relating to EAJA attorney fees in connection with this action.

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

This award is without prejudice to the rights of Laura E. Krank and/or the Law Offices of Rohlfing & Kalagian, LLP to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: April 8, 2019    Respectfully submitted,

          ROHLFING & KALAGIAN, LLP

          /s/ *Laura E. Krank*

BY:_____
          Laura E. Krank
          Attorney for plaintiff Laurel C Longoria

DATED: April 8, 2019   MCGREGOR W. SCOTT
          United States Attorney

          /s/ *Ben A. Porter*

          _____
          BEN A. PORTER
          Special Assistant United States Attorney
          Attorneys for Defendant
          NANCY A. BERRYHILL, Acting Commissioner
          of Social Security (Per e-mail authorization)

<u>ORDER</u>

Based upon the parties' "Stipulation for the Award and Payment of Attorney Fees and Expenses Pursuant to the Equal Access to Justice Act (EAJA) 28 U.S.C. § 2412(d) and Costs Pursuant to 28 U.S.C. § 1920" (the "Stipulation") (Doc. 19), IT IS ORDERED that attorney's fees in the amount of FIVE THOUSAND DOLLARS AND 00/100 ($5,000.00) under the EAJA, 28 U.S.C. § 2412(d), and costs in the amount of ZERO DOLLARS AND 00/100 ($0.00) under

///

///

///

28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated:   **April 9, 2019**                                     /s/ *Sheila K. Oberto*
                                                UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26